# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE TRUJILLO,<br><br>        Plaintiff,<br><br>    v.<br><br>SABBI KAHLON CORPORATION, et al.,<br><br>        Defendants. | Case No. 1:17-cv-00231-AWI-SAB<br><br>ORDER VACATING APRIL 18, 2017 ORDER CLOSING ACTION AND TERMINATING DEFENDANT SABBI KAHLON CORPORATION<br><br>(ECF No. 10) |

        This action was filed on February 16, 2017. (ECF No. 1.) On April 14, 2017, Plaintiff filed a notice of voluntary dismissal pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure as to Defendant Sabbi Kahlon Corporation only. Due to an administrative error, an order issued on April 18, 2017, closing this action. Accordingly, the order issued April 18, 2017, is vacated.

        Rule 41(a) of the Federal Rules of Civil Procedure allows a party to dismiss some or all of the defendants or claims in an action through a Rule 41(a) notice. <u>Wilson v. City of San Jose</u>, 111 F.3d 688, 692 (9th Cir. 1997). In light of the Plaintiff's notice of voluntary dismissal, Defendant Sabbi Kahlon Corporation shall be terminated in this action.

        Based on the foregoing, IT IS HEREBY ORDERED that:

        1.        The order issued April 18, 2017, is VACATED; and

/ / /

2. The Clerk of the Court is DIRECTED to reopen this action and terminate Defendant Sabbi Kahlon Corporation.

IT IS SO ORDERED.

Dated: **April 18, 2017**

_____
UNITED STATES MAGISTRATE JUDGE