# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE TRUJILLO,<br><br>    Plaintiff,<br><br>v.<br><br>SABBI KAHLON CORPORATION, et al.,<br><br>    Defendants. | Case No. 1:17-cv-00231-AWI-SAB<br><br>ORDER TERMINATING DEFENDANT SAVE MART SUPERMARKETS dba SAVE MART #67 ONLY<br><br>(ECF No. 12) |

This action was filed on February 16, 2017. (ECF No. 1.) On April 24, 2017, Plaintiff filed a notice of voluntary dismissal pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure as to Defendant Save Mart Supermarkets dba Save Mart #67 only. (ECF No. 12.)

Rule 41(a) of the Federal Rules of Civil Procedure allows a party to dismiss some or all of the defendants or claims in an action through a Rule 41(a) notice. Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997). In light of the Plaintiff's notice of voluntary dismissal, Defendant Save Mart Supermarkets dba Save Mart #67 shall be terminated in this action.

Based on the foregoing, IT IS HEREBY ORDERED that the Clerk of the Court is DIRECTED to terminate Defendant Save Mart Supermarkets dba Save Mart #67.

IT IS SO ORDERED.

Dated: **April 25, 2017**

UNITED STATES MAGISTRATE JUDGE

1