# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE TRUJILLO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SABBI KAHLON CORPORATION, et al.,<br><br>　　　　Defendants. | Case No. 1:17-cv-00231-AWI-SAB<br><br>ORDER CONTINUING SCHEDULING CONFERENCE TO JUNE 29, 2017, AT 9:30 A.M. |

On February 17, 2017, a mandatory scheduling conference was set in this action for May 9, 2017. (ECF No. 2.) On May 2, 2017, Defendant Mary's Vineyard, Inc. filed a stipulation to continue the scheduling conference. (ECF No. 14.)

Accordingly, IT IS HEREBY ORDERED that:

1. The scheduling conference set for May 9, 2017, is CONTINUED to June 29, 2017, at 9:30 a.m. in Courtroom 9; and
2. The deadline for the parties to file their joint scheduling report and provide to the other party their initial disclosures is CONTINUED to June 22, 2017.

IT IS SO ORDERED.

Dated: __**May 2, 2017**__

　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1