Ryan M. McNamara, Bar No. 223606
CALL & JENSEN
A Professional Corporation
610 Newport Center Drive, Suite 700
Newport Beach, CA 92660
Tel: (949) 717-3000
Fax: (949) 717-3100
rmcnamara@calljensen.com

Attorneys for Mary's Vineyard, Inc.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE TRUJILLO,<br><br>    Plaintiff,<br><br>vs.<br><br>SABBI KAHLON CORPORATION dba SUPER 3 CIGARETTE SMOKE SHOP; MARY'S VINEYARD, INC.; SAVE MART #67,<br><br>    Defendants. | Case No. 1:17-cv-00231-AWI-SAB<br><br>**ORDER RE: STIPULATION TO CONTINUE SCHEDULING CONFERENCE** |

    The Court has reviewed the Parties' Stipulation and, good cause appearing, the Court agrees to continue the scheduling conference to August 14, 2017 at 9:30 a.m. before Magistrate Judge Stanley A. Boone. A Joint Scheduling Report is due one week before the new conference date. The Court also orders that the deadline for the Parties to file Initial Disclosures pursuant to FRCP 26(a) and a Discovery Plan pursuant to

| | |
|---|---|
| 1 | |
| 2 | FRCP 26(f) is also continued.  The deadline for the filing of Initial Disclosures and a Discovery Plan is continued to seven (7) days prior to the new scheduling conference date. |

IT IS SO ORDERED.

Dated:   **June 22, 2017**

_____
UNITED STATES MAGISTRATE JUDGE