UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

|   |   |
|---|---|
| JOSE TRUJILLO, | **CASE NO.   1:17-cv-00231-AWI-SAB** |
|   | ORDER ASSIGNING CASE |
| Plaintiff | RE PRESIDING JUDGE |
| vs |   |
| SABBI KAHLON CORP, ET. AL., |   |
| Defendants. |   |

IT IS HEREBY ORDERED that the above-entitled action be assigned  to the docket of Magistrate Judge  STANLEY A. BOONE as Presiding Judge of the above entitled action.   The parties have filed a Consent to Proceed before the assigned  Magistrate Judge to conduct all further proceedings in this case, including trial and entry of   final judgment.

# ALL FUTURE PLEADINGS SHALL BE

# NUMBERED AS FOLLOWS:

# 1:17-cv-00231 SAB

IT IS SO ORDERED.

Dated:   August 15, 2017                              _____

SENIOR   DISTRICT   JUDGE